Saturday May 04, 2024

Attention to the Honorable "First Justice"
of Northeast Housing Court  Docket 24H77SP001671... and verily to Federally appointed Judge: the Honorable Nathaniel M. Gorton Docket 1:2024-CV-10908-NMG

I need an immediate TRO banning the following: Joseph G. Ciampa, all known/unknown agents associated with Beacon Point Development, (all lawyers) moreover I'm imploring the court to protect my mental health at this time: as such I ask the court to grant me an immediate TRO against the Lexington Police Department- as they continue to not only tortiously interfere with my established tenancy, my current LEASE; LPD continues to harass me, and all my company too.

I am a law abiding citizen[.] what LPD is doing is corrupt - as they are aiding Ciampa, while it is everyone's hope that I will be evicted through the Northeast Housing Court. Sadly, it is this writers belief that all those involved would prefer me to pack, pick-up- leave, run scared, sorry not today, They may even revel that it is possible that I take my own life if they can create and manufacture a lot of BS- so reprehensible to say the least. #Ditto on that not happening either - maybe LPD can shoot me, unarmed just like that young man over a year ago- who also was afflicted with mental illness and who was supposedly being followed by Elliot - Concord, District Court.

Seems to be a perversive pattern of abuse, harassment, misconduct, and sadly worse.
The very precipice that anyone could deem these actions acceptable, appropriate, in my estimation has no moral compass, and severe character defects- how else could one justify intentionally criminally harassing a person who is suffering. Good for them!

Something to be so very proud of indeed. Well this just in... taking a life is not an option - I'm here to fully live life on my terms ... that is not a violation of any material clause of my lease, it certainly does not make me a criminal. Lexington is my hometown- Accept this- move on - I've survived the insurmountable and I will too survive this... and whatever you people continue to throw my way...

Know there are high Commissions, Departments, other agencies involved.
To name a few HUD, MCAD, DMH, MOD, contact with the ACLU of Massachusetts, Latina Civil Liberties Organizations, and the continued diligent efforts on behalf of Riley Smith, and their intern Abigal with Justice 4 Housing- Boston • Ma Suffolk County.

And since the LPD finds it appropriate to receive a copy of this notice that I'm trespassing - I will utilize the best court. That is the Court of Public Opinion- So keep showing me your disdain of my existence for simply freely choosing to exercise my right to live in this town, a town of my choosing.

*[Handwritten margin note:] Treated as a motion for a preliminary injunction and because plaintiff has failed to show a likelihood of success on the merits, motion denied. SM/Gorton/USDJ 06/04/2024*