UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TANIA A. GONZALEZ,

    *Plaintiff,*

v.

LEXINGTON POLICE DEPARTMENT,
CHRISTOPHER BARRY, MICHAEL
BARRY, MICHAEL MCGLOIN, DENNAHE
ADLEY, and JOSEPH CIAMPA d/b/a
BEACON POINT DEVELOPMENT, LCC,
JANITSA PARISI,

    *Defendants.*

No. 24-cv-10908-NMG

## REPORT AND RECOMMENDATION ON DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFF'S MOTION TO REMAND

LEVENSON, U.S.M.J.

    Judge Gorton has referred to me for Report and Recommendation the following motions:

- Motion to Dismiss for Failure to State a Claim (Docket No. 7), filed by Defendants Lexington Police Department, Christopher Barry, Michael Barry, Dennahe Adley, and Michael McGloin.

- Motion to Dismiss for Failure to State a Claim (Docket No. 14), filed by Joseph Ciampa; Beacon Point Development, LLC; and Janitsa Parisi.

- Motion to Remand (Docket No. 16), filed by Plaintiff Tania A. Gonzalez.

    I have considered the motions and the memoranda filed in support. I have also considered Plaintiff's various submissions. *See* Docket Nos. 17, 19, 20 and 23. I treat these as oppositions to Defendants' motions and consider them in that light.

*Report and Recommendation is accepted and adopted.*

*NMGorton, USDJ  11/25/2024*